No. 51870.—B. R. Anderson & Co. *v.* United States, protests 30134–K, etc. (Seattle).

Opinion by TILSON, J.   It was stipulated that the merchandise consists of imitation gut similar in all material respects to that the classification of which was involved in *Bush* v. *United States* (34 C. C. P. A. 17, C. A. D. 338).   Upon the established facts and following the cited authority, the claim of the plaintiff was sustained.